

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00296-CR

CHHOUN SAING, Appellant

V.

THE STATE OF TEXAS

§ On Appeal from the 297th District Court

§ of Tarrant County (1755469R)

§ July 18, 2024

§ Memorandum Opinion by Justice Gabriel

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS

By: _____
Justice Lee Gabriel